FILED
10/22/18 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty, | ) | Case No 17-21538 |
| Sally E. Hagerty, | ) | Chapter 13 |
| *Debtors* | ) | Document No. |
| | ) | |
| Dwayne R. Hagerty, | ) | |
| Social Security No. XXX-XX-1341 | ) | Related to Docket No. 86 |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Metz Culinary Management, and Ronda J. | ) | |
| Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this _22nd Day of October_                    , 2018, it is

hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting

the wages of Dwayne Hagerty be terminated immediately.

Employer:

**Metz Culinary Management**
**Attn: Payroll Dept.**
**Two Woodland Drive**
**Dallas, PA 18612**

Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21538-GLT
Dwayne R. Hagerty                                                     Chapter 13
Sally E. Hagerty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: amaz            Page 1 of 1              Date Rcvd: Oct 22, 2018
                               Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db/jdb          +Dwayne R. Hagerty,   Sally E. Hagerty,   157 Blackhawk Road,   Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
          David  Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com,
           vbarber@udren.com
          Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association
           bankruptcy@udren.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Smith    on behalf of Creditor   PNC Bank, National Association pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
                                                                        TOTAL: 8