Case 17-21538-GLT    Doc 95    Filed 11/08/18    Entered 11/08/18 11:38:13    Desc Main
                           Document      Page 1 of 1

FILED
11/8/18 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 17-21538-GLT
: Chapter: 13
Dwayne R. Hagerty :
Sally E. Hagerty :
: Date: 11/7/2018
    *Debtor(s).* : Time: 11:00

## PROCEEDING MEMO

**MATTER:** #84 - Order to Show Cause Against Udren Law Offices
#91 - Response filed by PNC Bank

#77 - Continued Status Conference On Loss Mitigation

**APPEARANCES:**
Debtor: Abagale Steidl
Trustee: Owen Katz
PNC: James Warmbrodt

*NOTES:*

Steidl: There have been several conversations concerning the loss mitigation program, but no resolution yet. We are awaiting a response from PNC.

Warmbrodt: I have reached out to my client and expect to have a response within the next 30 days. With respect to the Udren matter, I am not sure if the law firm still exists. I believe they are no longer practicing as a firm.

Court: Even if the Udren Law Offices are no longer actively practicing, that does not relieve them of their responsibilities to respond to the orders of this court.

*OUTCOME:*

1. On or before November 21, 2018, PNC to submit a response with regard to the Debtors' Loss Mitigation eligibility (Text order to issue).

2. On or before November 28, 2018, Debtors to provide a status report with respect to their Loss Mitigation eligibility (Text order to issue).

3. Udren Law Offices is hereby held in contempt. A $500 fine is issued against Udren Law Offices. A second Order to Show Cause shall be issued (Chambers to prepare).

**DATED:** 11/7/2018