FILED
11/8/18 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : |
|  | :   Case No. 17-21538-GLT |
| DWAYNE R. HAGERTY | : |
|  | :   Chapter 13 |
| and | : |
|  | :   Related to Dkt. No. 84 |
| SALLY E. HAGERTY, | : |
|  | :   Hearing: December 5, 2018 at 10:00 a.m. |
| *Debtors.* | : |
|  | :   Response: November 21, 2018 |

**ORDER HOLDING UDREN LAW OFFICES
IN CONTEMPT AND SECOND
ORDER TO SHOW CAUSE**

This matter is before the Court on its *Order to Show Cause Against Udren Law Offices* [Dkt. No. 84] ("*Order*") issued on October 11, 2018. The *Order* required that a representative of Udren Law Offices appear at a hearing on November 7, 2018 and show cause why it should not be held in contempt for its failure to respond to inquiries that Debtors made to Udren's client, PNC Bank, concerning a loan modification. The *Order* also noted that a representative of Udren had failed to appear at a status conference to address this matter on October 10, 2018, where its presence was specifically required.

At the November 7 hearing, no representative for Udren appeared. PNC's new counsel stated that he believed Udren Law Offices was no longer practicing law. The Court notes, however, that none of the attorneys from Udren who have entered an appearance in this case have sought leave of the Court to withdraw from their representation. Moreover, regardless of whether Udren is still practicing, it is not relieved of its duties to comply with the orders of this Court, nor is it free to disregard them with impunity.

Based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.      As a result of its failure to abide by the Court's *Order to Show Cause*, Udren Law Offices is hereby held in contempt.  A $500 fine is imposed, payable to the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219.  This fine shall be paid by **November 21, 2018.**

2.      A hearing is scheduled for **December 5, 2018** at **10:00 a.m.** in Courtroom A, U.S. Steel Tower, 54th Floor, 600 Grant St., Pittsburgh, Pa. 15219.  An attorney of Udren Law Offices who has previously entered an appearance in this case shall appear and show cause why it should not be subject to additional sanctions, up to and including a daily fine of $100 until such a time as this Court deems it to have purged its contempt.

3.      On or before **November 21, 2018**, Udren Law Offices shall file any response to this *Second Order to Show Cause.*

Dated: November 8, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Udren Law Offices, P.C.
David Neeren, Esq.
Sherri J. Braunstein, Esq.
Elizabeth Wassall, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21538-GLT
Dwayne R. Hagerty                                                         Chapter 13
Sally E. Hagerty
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala            Page 1 of 1            Date Rcvd: Nov 08, 2018
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
            +David Neeren, Esq.,   Udren Law Offices, P.C.,   111 Woodcrest Rd.,   Suite 200,
             Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
            David  Neeren    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
             vbarber@udren.com
            Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
             bankruptcy@udren.com
            James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
            James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
            Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
             julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
             teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
             dl-steinberg.com
            Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
             julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
             teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
             dl-steinberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Sherri J. Smith    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com,
             sherri.braunstein@phelanhallinan.com
                                                                              TOTAL: 9