# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : Dwayne R. Hagerty and Sally E. Hagerty<br>      Debtors<br>&<br>Udren Law Offices, P.C.<br>      Respondent | Bankruptcy Case No.: 17-21538<br>Chapter 13<br><br>Related to Document Nos.: 84 and 96<br><br>Hearing Date: December 5, 2018 |

## MOTION TO WITHDRAW APPEARANCE AND TERMINATION OF CM/ECF

AND NOW comes David Neeren, Esquire, co-counsel of record to PNC Bank, N.A., in the above-captioned matter, and hereby certifies to the Court that he has (1) satisfied the interest of his former client, PNC Bank, N.A. and (2) informed and received the consent of James Warmbrodt, Esquire, counsel of record for PNC Bank, N.A., to withdraw his appearance in this matter. Having so certified, and pursuant to W.PA.LBR 9010-2, the undersigned respectfully requests that this Honorable Court grant the instant request for leave to withdraw appearance for PNC Bank, N.A., to enter the below proposed Order and to terminate his CM/ECF record in this case.

Date: November 27, 2018                              By: /s/ David Neeren_____
                                                                             David Neeren, Esquire 204252
                                                                             RAS Citron, LLC
                                                                             425 Commerce Drive, Suite 150
                                                                             Fort Washington, PA 08054

## ORDER

Based on the foregoing Motion, and in consideration of the filed Declaration of David Neeren, Esquire, and pursuyant to W.PA.LBR 9010-2(b), it is hereby ORDERED that the Motion is GRANTED and David Neeren, Esquire is WITHDRAWN from the above-captioned case as counsel for PNC Bank, N.A.   It is FURTHER ORDERED that the Clerk of Court shall terminate the CM/ECF attorney record of David Neeren, Esquire concerning this matter.

                                                                            _____
                                                                            United States Bankruptcy Judge Taddonio

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : Dwayne R. Hagerty and Sally E. Hagerty<br>   Debtors<br>&<br>Udren Law Offices, P.C.<br>   Respondent | Bankruptcy Case No.: 17-21538<br>Chapter 13<br><br>Related to Document Nos.: 84 and 96<br><br>Hearing Date: December 5, 2018 |

## CERTIFICATION OF SERVICE

  I certify under penalty of perjury that on November 27, 2018, I served or caused to be served David Neeren's Motion to Withdraw Appearance on the persons at the addresses and via the designated methods below.

Service by Electronic Notification/Email

Lauren Lamb, Esquire
llamb@steidl-steinberg.com

Ronda J. Winnecour, U.S. Trustee
cmecf@chapter13trusteewdpa.com

James Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mark Udren, Esquire
mudren@udren.com

Elizabeth Wassall, Esquire
ewassall@logs.com

Service by U.S. First-Class Mail, Pre-Paid

Dwayne R. Hagerty
157 Blackhawk Road
Beaver Falls, PA 15010

Sally E. Hagerty
157 Blackhawk Road
Beaver Falls, PA 15010

Dated: November 27, 2018

/s/ David Neeren, Esquire
David Neeren Esquire – 204252
RAS Citron, LLC
425 Commerce Drive, Suite 150
Fort Washington, PA 08054
dneeren@rasnj.com