FILED
12/4/18 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dwayne R. Hagerty and<br>Sally E. Hagerty<br>    Debtors | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-21538/GLT<br><br>Hearing Date and Time:<br><br>Related to Docket No. 113 |

### ORDER

AND NOW, this ____4th Day of December,_____, 2018, upon consideration of the foregoing Motion, it is hereby ORDERED that the Motion is GRANTED and Elizabeth Wassall, Esquire, is WITHDRAWN from the above-captioned case as counsel for PNC Bank, N.A., it is

FURTHER ORDERED that the Clerk of Court shall terminate the CM/ECF attorney record of Elizabeth Wassall, Esquire, concerning this matter.

BY THE COURT:

_____
HONORABLE GREGORY J. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dwayne R. Hagerty  
Sally E. Hagerty  
       Debtors

Case No. 17-21538-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db/jdb         +Dwayne R. Hagerty,    Sally E. Hagerty,    157 Blackhawk Road,    Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:

            David  Neeren     on behalf of Attorney David  Neeren dneeren@rasnj.com  
            Elizabeth Lamont Wassall     on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com  
            James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com  
            James  Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
            Lauren M. Lamb     on behalf of Joint Debtor Sally E. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
            Lauren M. Lamb     on behalf of Debtor Dwayne R. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                         TOTAL: 8