## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DWAYNE R. & SALLY E. HAGERTY
**Case Number:** 17-21538-GLT         **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 06, 2018 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/12/18 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#62 - Continued Confirmation of Plan Dated 6/14/2018 (N)
R / M #: 62 / 0

### *Appearances:*

J. Studi

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __1/4/19__.
   Objections are due on or before __1/25/19__
   A hearing on the Amended Plan is set for __2/28/19__ at __2:00__.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/30/2018  3:35:20PM