IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | Case No. 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|     Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | |
| Sally E. Hagerty, | ) | |
|     Movants | ) | Related to Docket No. 133 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Berkheimer, Cenlar for | ) | |
| Rehab Services, Discover Bank, FedLoan | ) | |
| Servicing, Heritage Valley Health, | ) | |
| MedExpress, Navient, PNC Bank, PNC | ) | |
| Mortgage, PRA Receivables, PA Dept. | ) | |
| of Revenue, ROI, Rowan Dental, Sharp | ) | |
| Collections, Transworld System, U.S. | ) | |
| Dept. of Education, UPMC, Verizon, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**CONSENT ORDER BETWEEN DEBTORS AND CHAPTER 13 TRUSTEE REGARDING MOTION TO APPROVE THE DEBTORS TO OBTAIN VEHICLE FINANCING**

AND NOW come the debtors, Dwayne and Sally Hagerty, by and through their attorney, Lauren M. Lamb and Steidl and Steinberg, and respectfully represent as follows:

1. This case was commenced on April 13, 2017 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The debtors currently own a 2002 Chrysler Town and Country.

3. The 2002 Chrysler needs repairs that would cost more to get fixed than the van is actually worth. The repair work is also not guaranteed to last.

4. The debtors need to replace the vehicle as both are employed.

5. The debtors have been tentatively approved for vehicle financing through Preferred Auto Credit Exchange for a 2011 Chrysler Town and Country. The total

6. loan amount is $11,250.00 and the monthly payment is $430.00 for 36 months at 20.89% interest.

7. The Office of the Chapter 13 Trustee does not oppose the debtors moving forward with the financing of this vehicle.

8. A Report of Financing will be filed within 14 days of the sale being executed.

9. The Chapter 13 Plan will be amended within 30 days of the sale being executed.

WHEREFORE, the Debtors, Dwayne and Sally Hagerty, respectfully request this Honorable Court approve them to obtain a vehicle loan for no more than $12,000.00 with a monthly payment of up to $450.00.

Respectfully Submitted,

May 7, 2019
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

May 7, 2019
DATE

/s/ Jana S. Pail
Jana S. Pail, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
PA I.D. No. 88910

IT IS SO ORDERED.

DATED:  May 10, 2019

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21538-GLT
Dwayne R. Hagerty                                                   Chapter 13
Sally E. Hagerty
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                 Page 1 of 1                   Date Rcvd: May 10, 2019
                                  Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db/jdb         +Dwayne R. Hagerty,    Sally E. Hagerty,    157 Blackhawk Road,    Beaver Falls, PA 15010-1271
               +Jana S. Pail, Esq.,   Office of Ch. 13 Trustee, Ronda Winnecou,    Suite 3250 U.S. Steel Tower,
                 600 Grant Street,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              David Neeren    on behalf of Attorney David  Neeren dneeren@rasnj.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7