IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | Case No. 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|     Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | |
| Sally E. Hagerty, | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Berkheimer, Cenlar for | ) | |
| Rehab Services, Discover Bank, FedLoan | ) | |
| Servicing, Heritage Valley Health, | ) | |
| MedExpress, Navient, PNC Bank, PNC | ) | |
| Mortgage, PRA Receivables, PA Dept. | ) | |
| of Revenue, ROI, Rowan Dental, Sharp | ) | |
| Collections, Transworld System, U.S. | ) | |
| Dept. of Education, UPMC, Verizon, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, Dwayne and Sally Hagerty, by and through their attorney Lauren M. Lamb, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. On May 10, 2019, this Honorable Court entered an order at Docket No. 134, approving the Debtors' request to finance a new vehicle

2. The order of court dated May 10, 2019 requires that the Debtors file a Report of Financing within fourteen days of the purchase of vehicle.

3. The Debtors purchased a 2012 Jeep Patriot by way of financing through Preferred Auto Credit Exchange.

4. The vehicle was purchased from Good Wheels, Inc.

5. The amount of the loan is $7,858.44 at an interest rate of 20.89%.

6. The monthly loan payment $298.16 for 36 months.

7. The monthly loan payments begin July 2, 2019.

8. The Debtors will file an amended Chapter 13 plan within thirty days to include the monthly vehicle loan payment.

WHEREFORE, the Debtors, Dwayne and Sally Hagerty, respectfully file this Report of Financing.

Respectfully submitted,

May 20, 2019  
DATE

/s/ Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201