IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | Case No. 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | |
| Sally E. Hagerty, | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Preferred Auto Exchange | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
|    Respondents | ) | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on May 31, 2019, a true and correct copy of the *Notice of Proposed Modification along with the Amended Chapter 13 Plan dated May 30, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Preferred Auto Exchange
1019 Lawrence Avenue
Ellwood City, Pa 16117


Date of Service: May 31, 2019        /s/ Lauren M. Lamb
                                                         Lauren M. Lamb, Esquire
                                                         Attorney for the Debtor

                                                         STEIDL & STEINBERG
                                                         Suite 2830, Gulf Tower
                                                         707 Grant Street
                                                         Pittsburgh, PA 15219
                                                         (412) 391-8000
                                                         Llamb@steidl-steinberg.com
                                                         PA I.D. No. 209201

```
Label Matrix for local noticing         Ally                                    Ally Financial
0315-2                                   PO Box 380902                           PO Box 130424
Case 17-21538-GLT                        Minneapolis, MN 55438-0902              Roseville MN 55113-0004
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri May 31 11:25:42 EDT 2019

Berkheimer                               Center for Rehab Services               Discover Bank
PO Box 25153                             P.O. Box 400458                         Discover Products Inc
Lehigh Valley, PA 18002-5153             Pittsburgh, PA 15268-0001               PO Box 3025
                                                                                 New Albany, OH 43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       FedLoan Servicing                       HEMAP
PO BOX 3025                              P.O. Box 69184                          211 North Front Street
NEW ALBANY OH 43054-3025                 Harrisburg, PA 17106-9184               PO Box 15206
                                                                                 Harrisburg, PA 17105-5206


Dwayne R. Hagerty                        Sally E. Hagerty                        Heritage Valley Health
157 Blackhawk Road                       157 Blackhawk Road                      2 Peachtree Way
Beaver Falls, PA 15010-1271              Beaver Falls, PA 15010-1271             Beaver, PA 15009-1954



Lauren M. Lamb                           MedExpress                              Navient
Steidl & Steinberg                       PO Box 719                              PO Box 9575
707 Grant Street                         Dellslow, WV 26531-0719                 Wilkes Barre, PA 18773-0975
28th Floor - Gulf Tower
Pittsburgh, PA 15219-1908

Navient Solutions, LLC. on behalf of     David Neeren                            David Neeren
Department of Education Loan Services    425 Commerce Drive                      RAS Citron, LLC
PO BOX 9635                              Suite 150                               425 Commerce Drive
Wilkes-Barre, PA 18773-9635              Fort Washington, PA 19034-2727          Suite 150
                                                                                 Fort Washington, PA 19034-2727

Office of the United States Trustee      PNC Bank, N.A.                          PNC Mortgage
Liberty Center.                          3232 Newmark Drive                      P.O. Box 1820
1001 Liberty Avenue, Suite 970           Miamisburg, OH 45342-5421               Dayton, OH 45401-1820
Pittsburgh, PA 15222-3721


PRA Receivables Management, LLC          Pennsylvania Dept. of Revenue           ROI
PO Box 41021                             Department 280946                       PO Box 62850
Norfolk, VA 23541-1021                   P.O. Box 280946                         Baltimore, MD 21264-2850
                                         ATTN: BANKRUPTCY DIVISION
                                         Harrisburg, PA 17128-0946

Rowan Dental Associates                  Sharp Collections                       Sharp Collections, Inc.
8050 Rowan Road                          114 N. Mercer Avenue                    PO Box 81
Cranberry Twp, PA 16066-3624             Sharpsville, PA 16150-2211              Sharpsville, PA 16150-0081



Transworld System                        Transworld Systems                      U. S. Department of Education
PO Box 15270                             PO Box 15520                            c/o FedLoan Servicing
Wilmington, DE 19850-5270                Wilmington, DE 19850-5520               P. O. Box 69184
                                                                                 Harrisburg, PA 17106-9184
```

UPMC
2 Hot Metal Street, Room 386
Pittsburgh, PA 15203-2348

UPMC Dental
600 Grant Street
Pittsburgh, PA 15219-2702

verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
P.O. Box 15251
Wilmington, DE 19886

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK NATIONAL  ASSOCIATION

(du)PNC Bank, National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37