IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  :  Bankruptcy No. **17-21538**
**Dwayne R. Hagerty**  :
**Sally E. Hagerty**  :  Chapter **13**
 :
Debtor  :
 :  Related to Document No.
**Dwayne R. Hagerty**  :
**Sally E. Hagerty**  :
 :
Movant  :
 :
v.  :
 :
No Respondent  :

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb 209201**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

```
                                          HAGERTY
Preferred Auto Credit Exchange
1019 Lawrence Avenue
Ellwood City, Pa 16117
```