# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DWAYNE R. & SALLY E. HAGERTY
- **Case Number:** 17-21538-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 25, 2019 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#137 - Amended Plan Dated 5/30/2019 (FC)
R / M #: 137 / 0

**Appearances:**

Debtor: K. Steidl

Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

*Con'lt for plan calc*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/26/19 at @ 1:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: