# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Dwayne R. Hagerty

Chapter 13

Case No    17-21538

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK:

Please withdraw proof of claim no. 6 from the Debtor's Claim Docket in the amount of $93,431.10, an unsecured claim filed by U. S. Department of Education, C/O FedLoan Servicing. This proof of claim was filed in error.
.

Respectfully submitted,
/s/Sydney Hill

**Death, Disability, and Bankruptcy Team**
**FedLoan Servicing**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

**Dated: November 12, 2019**