# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DWAYNE R. HAGERTY<br>SALLY E. HAGERTY | Case No. 17-21538GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FEDERAL LOAN SERVICING | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE PLAN PROVIDES FOR PAYMENT OF A STUDENT LOAN TO FEDERAL LOAN SERVICING. CLAIM #6 WAS FILED ON BEHALF OF THIS DEBT. FUNDS HAVE BEEN DISTRIBUTED TO THE CLAIMANT. AFTER DISTRIBUTION, THE CLAIMANT WITHDREW ITS CLAIM AS "FILED IN ERROR". THE TRUSTEE HAS NO INFORMATION AS TO WHETHER THIS PLAN PROVISION REMAINS DUE.

| | |
|---|---|
| FEDERAL LOAN SERVICING<br>POB 69184<br>HARRISBURG, PA 17106 | Court claim# /Trustee CID# 31 |

The Movant further certifies that on 11/14/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DWAYNE R. HAGERTY, SALLY E. HAGERTY, 157 BLACKHAWK ROAD, BEAVER FALLS, PA  15010 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>FEDERAL LOAN SERVICING, POB 69184, HARRISBURG, PA  17106 | |
| NEW CREDITOR: | |