FILED
11/13/19 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Dwayne R. Hagerty

Chapter 13

Case No   17-21538

Related to Docket No. 148

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK:

Please withdraw proof of claim no. 6 from the Debtor's Claim Docket in the amount of $93,431.10, an unsecured claim filed by U. S. Department of Education, C/O FedLoan Servicing. This proof of claim was filed in error.

Respectfully submitted,
/s/Sydney Hill

**Death, Disability, and Bankruptcy Team**
**FedLoan Servicing**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

**Dated: November 12, 2019**

SO ORDERED
November 13, 2019

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dwayne R. Hagerty  
Sally E. Hagerty  
    Debtors

Case No. 17-21538-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db/jdb         +Dwayne R. Hagerty,    Sally E. Hagerty,    157 Blackhawk Road,    Beaver Falls, PA 15010-1271  
14403183       +FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

         David Neeren     on behalf of Attorney David Neeren dneeren@rasnj.com  
         James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
         Lauren M. Lamb     on behalf of Joint Debtor Sally E. Hagerty  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Lauren M. Lamb     on behalf of Debtor Dwayne R. Hagerty  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                TOTAL: 7