FILED
5/11/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-21538-GLT |
| DWAYNE R. HAGERTY and SALLY E. HAGERTY, *Debtors*. | |
| STEIDL & STEINBERG, P.C. *Movant*, v. OFFICE OF THE U.S. TRUSTEE, ET AL. *Respondent*. | Related Dkt. Nos. 153 And 155 |

## **ORDER**

This matter is before the Court upon the filing of the *Application for Interim Compensation By Counsel for Debtors*, [Dkt. No. 153] and the *Objection* [Dkt. No. 155] filed by the Debtors.

Public health authorities have advised public and private agencies to promptly take necessary and appropriate precautions to reduce exposure to novel coronavirus (COVID-19) and slow the spread of the disease. To this end, the United States Bankruptcy Court for the Western District of Pennsylvania has undertaken proactive measures as set forth in its *Standing Order Re: Telephonic Appearance at Hearings Mandatory*, found at Misc. Proc. #20-204. These measures require counsel and parties-in-interest to utilize technologies providing for remote participation in proceedings before the Court, and thus enabling "social distancing" to avoid and minimize the spread of COVID-19.

Consistent with these proactive measures, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)    The hearing currently scheduled in this matter for May 20, 2020 at 9:00 a.m. shall now be conducted as a <u>telephonic</u> hearing.

(2)    The Debtors, all counsel, and all parties-in-interest who intend to participate in the hearings must register with CourtCall at (866) 582-6878 (and arrange for payment of the regular charge if applicable) no later than twenty-four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently modified) located on the Court's webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf

(3)    The Debtors are acting pro se in this matter. CourtCall has informed the Court that it will not charge fees to *pro se* parties for the use of its services through this date. Accordingly, a *pro se* party must inform CourtCall of their status when scheduling the call.

Dated: May 11, 2020

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail and email to:</u>
Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-21538-GLT
Dwayne R. Hagerty                                                               Chapter 13
Sally E. Hagerty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1          Date Rcvd: May 11, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb         +Dwayne R. Hagerty,    Sally E. Hagerty,    157 Blackhawk Road,    Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              David   Neeren    on behalf of Attorney David   Neeren dneeren@rasnj.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7