FILED
5/13/20 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-21538-GLT |
| DWAYNE R. HAGERTY and SALLY E. HAGERTY, *Debtors*. | : : : : | |
| STEIDL & STEINBERG, P.C. | : : | |
| *Movant*, | : : : | Related Dkt. Nos. 153, 155 and 156 |
| v. | : : | Hearing Date: June 17, 2020 at 9:00 AM. |
| OFFICE OF THE U.S. TRUSTEE, ET AL. | : : | |
| *Respondent*. | : : | |

**ORDER**

This matter is before the Court upon the filing of the *Application for Interim Compensation By Counsel for Debtors*, [Dkt. No. 153] and the *Response* [Dkt. No. 155] filed by the Debtors. On May 11, 2020 an *Amended Application for Interim Compensation by Counsel for Debtors* [Dkt. No. 156] was filed and scheduled for a hearing on 6/17/2020 at 09:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

Public health authorities have advised public and private agencies to promptly take necessary and appropriate precautions to reduce exposure to novel coronavirus (COVID-19) and slow the spread of the disease. To this end, the United States Bankruptcy Court for the Western District of Pennsylvania has undertaken proactive measures as set forth in its *Standing Order Re: Telephonic Appearance at Hearings Mandatory*, found at Misc. Proc. #20-204. These measures require counsel and parties-in-interest to utilize technologies providing for remote participation in proceedings before the Court, and thus enabling "social distancing" to avoid and minimize the spread of COVID-19.

Consistent with these proactive measures, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The hearing Scheduled for May 20, 2020 at 9:00 a.m. is cancelled due to the filing of the Amended Fee Application [Dkt. No. 156]. Any objections to the amended fee application shall be submitted by May 28, 2020.

2. The hearing currently scheduled in this matter for June 17, 2020 at 9:00 a.m. shall now be conducted as a <u>telephonic</u> hearing.

3. The Debtors, all counsel, and all parties-in-interest who intend to participate in the hearings must register with CourtCall at (866) 582-6878 (and arrange for payment of the regular charge if applicable) no later than twenty-four (24) hours prior to the scheduled hearing.  During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly.  All telephonic participants shall comply with Judge Taddonio's telephonic procedures (as recently    modified)    located    on    the    Court's    webpage    at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-tele.pdf

4. The Debtors are acting pro se in this matter. CourtCall has informed the Court that it will not charge fees to *pro se* parties for the use of its services through this date. Accordingly, a *pro se* party must inform CourtCall of their status when scheduling the call.

Dated: May 13, 2020

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail and email to:
Counsel for Debtors
Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Dwayne R. Hagerty
Sally E. Hagerty
      Debtors

Case No. 17-21538-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas          Page 1 of 1          Date Rcvd: May 13, 2020
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db/jdb        +Dwayne R. Hagerty,   Sally E. Hagerty,   157 Blackhawk Road,   Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
        David   Neeren    on behalf of Attorney David  Neeren dneeren@rasnj.com
        James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
         teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
         dl-steinberg.com
        Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
         teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
         dl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                         TOTAL: 7