Case 17-21538-GLT    Doc 164    Filed 06/17/20    Entered 06/17/20 17:34:29    Desc Main
                              Document         Page 1 of 1

FILED
6/17/20 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-21538-GLT |
| | : | Chapter: | 13 |
| Dwayne R. Hagerty | : | | |
| Sally E. Hagerty | : | | |
| | : | Date: | 6/17/2020 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #156 - Amended Application for Compensation for Debtors Attorney
   #162 - Certificate of No Objection

**APPEARANCES:**

   Debtor:   Lauren Lamb, Esq.

*NOTES:*

Lamb: There is not a signed copy of the engagement letter. At that time, we did not require a signed copy of the agreement. I can assure you the debtors had multiple opportunities to view the fee agreement. In 2019, the Debtor questioned some fees in the plan. I sent him a copy of the fee agreement at that time. We had some issues in this case. Mr. Hagerty worked out of town. As you will see with the various loan modification attempts, we had problems communicating with them and getting information back. He intimates that when he is out of town, paperwork tends to be misplaced.

Court: So, you are now requiring debtors to provide you with signed copies of the fee agreement?

Lamb: Yes. We do not file a case without one. This is an older version of the fee agreement. We do not use that any more. Now, our chapter 13 fee agreement currently says the hourly rates are between $150 - $400 depending on the professional doing the work. The $350 in my summary was a typo and it has been corrected. In terms of the amount in paragraph 7 not adding up, the $10,970 came from the invoice and I neglected to change the amounts in paragraph 7.

Court: In the absence of any further objection from the Debtor, and with the Court's questions addressed, the fees will be approved as requested.

*OUTCOME:*

1. The *Amended Application for Compensation* [Dkt. No. 156] is GRANTED. [DB to issue the proposed order at Dkt. No. 156].

**DATED:** 6/17/2020