Case 17-21538-GLT    Doc 165    Filed 06/19/20    Entered 06/20/20 00:40:32    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
6/17/20 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty and | ) | Bankruptcy No. 17-21538-GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
| | ) | Related to Docket No. 156 |
|    Debtors | ) | |
| | ) | |
| Steidl & Steinberg, P.C. | ) | |
| | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Ally, Ally Financial, Berkheimer, Center for Rehab Services, Discover Bank, Discover Financial Services, LLC, FedLoan Servicing, HEMAP, Heritage Valley Health, MedExpress, Navient, Navient Solutions, LLC, PNC Bank, N.A., PNC Mortgage, PRA Receivables Management, LLC, Pennsylvania Department of Revenue, Preferred Auto Credit Exchange, ROI, Rowan Dental Associates, Sharp Collections, Sharp Collections, Inc., Transworld Systems, U.S. Department of Education, UPMC, UPMC Dental and Verizon, | ) ) ) ) ) ) ) ) ) ) ) ) | |
|    Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this 17th Day of June, 2020, after consideration of the Application for Interim Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Interim Compensation is approved in the additional amount of $5,970.00 for work performed in the Chapter 13 case by Debtors' counsel from January 17, 2017 to April 23, 2020.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $4,400.00 ($3,400.00 remaining from the no-look fee and $1,000.00 for the LMP no-look fee) by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $10,970.00, provided, however, the total to be paid through the Plan by the Trustee is $10,370.00 (representing the $4,400.00 ($3,400.00 remaining from the no-look fee and $1,000.00 for the LMP no-look fee) previously approved to be paid (as set forth above), and an additional $5,970.00.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) An amended Chapter 13 Plan shall be filed within 14 days of the entry of this Order.

6) The clerk shall record the total compensation as $10,970.00, provided only $10,370.00 is to be paid through the Trustee under the Plan.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21538-GLT
Dwayne R. Hagerty                                                       Chapter 13
Sally E. Hagerty
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dpas              Page 1 of 1              Date Rcvd: Jun 17, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db/jdb         +Dwayne R. Hagerty,    Sally E. Hagerty,    157 Blackhawk Road,    Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
      David   Neeren    on behalf of Attorney David   Neeren dneeren@rasnj.com
      James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 7