**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Dwayne R. Hagerty**
**Sally E. Hagerty**
  Debtor(s)

Bankruptcy Case No.: 17–21538–GLT
Related to Docket No. 166
Chapter: 13
Docket No.: 168 – 166
Concil. Conf.: August 27, 2020 at 10:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  7th_____ day of \_\_July_____, 2020\_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

  U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

  All parties listed on the attached mailing matrix.

Executed on  July 7, 2020_____    /s/ Lauren M. Lamb_____
          (Date)                    (Signature)

  Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-21538-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jul  7 12:16:09 EDT 2020 | Ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Berkheimer<br>PO Box 25153<br>Lehigh Valley, PA 18002-5153 | Center for Rehab Services<br>P.O. Box 400458<br>Pittsburgh, PA 15268-0001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | HEMAP<br>211 North Front Street<br>PO Box 15206<br>Harrisburg, PA 17105-5206 |
| Dwayne R. Hagerty<br>157 Blackhawk Road<br>Beaver Falls, PA 15010-1271 | Sally E. Hagerty<br>157 Blackhawk Road<br>Beaver Falls, PA 15010-1271 | Heritage Valley Health<br>2 Peachtree Way<br>Beaver, PA 15009-1954 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | MedExpress<br>PO Box 719<br>Dellslow, WV 26531-0719 | Navient<br>PO Box 9575<br>Wilkes Barre, PA 18773-0975 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | David Neeren<br>425 Commerce Drive<br>Suite 150<br>Fort Washington, PA 19034-2727 | David Neeren<br>RAS Citron, LLC<br>425 Commerce Drive<br>Suite 150<br>Fort Washington, PA 19034-2727 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PNC Mortgage<br>P.O. Box 1820<br>Dayton, OH 45401-1820 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Preferred Auto Credit Exchange<br>1019 Lawrence Avenue<br>Ellwood City, Pa 16117-1851 |
| ROI<br>PO Box 62850<br>Baltimore, MD 21264-2850 | Rowan Dental Associates<br>8050 Rowan Road<br>Cranberry Twp, PA 16066-3624 | Sharp Collections<br>114 N. Mercer Avenue<br>Sharpsville, PA 16150-2211 |
| Sharp Collections, Inc.<br>PO Box 81<br>Sharpsville, PA 16150-0081 | Transworld System<br>PO Box 15270<br>Wilmington, DE 19850-5270 | Transworld Systems<br>PO Box 15520<br>Wilmington, DE 19850-5520 |

```
U. S. Department of Education           UPMC                                    UPMC Dental
c/o FedLoan Servicing                   2 Hot Metal Street, Room 386            600 Grant Street
P. O. Box 69184                         Pittsburgh, PA 15203-2348               Pittsburgh, PA 15219-2702
Harrisburg, PA   17106-9184


Verizon                                 James Warmbrodt                        Ronda J. Winnecour
by American InfoSource LP as agent      KML Law Group, P.C.                    Suite 3250, USX Tower
4515 N Santa Fe Ave                     701 Market Street                      600 Grant Street
Oklahoma City, OK 73118-7901            Suite 5000                             Pittsburgh, PA 15219-2702
                                        Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card
P.O. Box 15251
Wilmington, DE 19886
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK NATIONAL  ASSOCIATION       (du)PNC Bank, National Association     (d)PRA Receivables Management, LLC
                                                                               PO Box 41021
                                                                               Norfolk, VA 23541-1021
```

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38