FILED
9/11/20 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | Case No. 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| Dwayne R. Hagerty | ) | |
| Sally E. Hagerty, | ) | Related to Docket No. 175 |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Berkheimer, Cenlar for Rehab Services, Discover Bank, FedLoan Servicing, Heritage Valley Health, MedExpress, Navient, PNC Bank, PNC Mortgage, PRA Receivables, PA Dept. of Revenue, ROI, Rowan Dental, Sharp Collections, Transworld System, U.S. Dept. of Education, UPMC, Verizon, and Ronda J. Winnecour, Trustee, | ) | |
|    Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this \_\_\_\_ 11th Day of September, 2020 _____,

it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Dwayne and

Sally Hagerty are approved to obtain a $25,500.00 student loan for their daughter's five-

year degree program at Seton Hill University.

                                                Gregory L. Taddonio, Judge
                                                United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dwayne R. Hagerty  
Sally E. Hagerty  
    Debtors

Case No. 17-21538-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 1      Date Rcvd: Sep 11, 2020  
                        Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db/jdb        +Dwayne R. Hagerty,   Sally E. Hagerty,   157 Blackhawk Road,   Beaver Falls, PA 15010-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
      David   Neeren    on behalf of Attorney David  Neeren dneeren@rasnj.com  
      James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
      James   Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
      Lauren M. Lamb    on behalf of Joint Debtor Sally E. Hagerty  
      julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Lauren M. Lamb    on behalf of Debtor Dwayne R. Hagerty  
      julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com, dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      TOTAL: 8