# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

04/26/2021

IN RE:

| | |
|---|---|
| DWAYNE R. HAGERTY | Case No.17-21538 GLT |
| SALLY E. HAGERTY | |
| 157 BLACKHAWK ROAD | Chapter 13 |
| BEAVER FALLS,  PA  15010 | |
| XXX-XX-1341          Debtor(s) | |

XXX-XX-2176

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/26/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9545/PRAE |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  CARE CREDIT DENTAL/PRAE | |

| | | |
|---|---|---|
| **DAVID NEEREN ESQ++** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| UDREN LAW OFFICES | Court Claim Number: | ACCOUNT NO.: |
| 111 WOODCREST DR STE 200 | | |
| | CLAIM:  0.00 | |
| CHERRY HILL, NJ  08003 | COMMENT:  PNC BANK/PRAE*REMOVED/PRAE | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 9990 |
| PO BOX 3025 | | |
| | CLAIM:  1,057.36 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(\*)** | Trustee Claim Number:4   INT %: 6.00% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | ACCOUNT NO.: 9888 |
| PO BOX 78367 | | |
| | CLAIM:  9,294.56 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  $/PL-CL@6%MDF/PL | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 3232 NEWMARK DR | Court Claim Number:5 | ACCOUNT NO.: 9798 |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  PMT/DECL*DKT4LMT*BGN 4/17*DKT | |

| | | |
|---|---|---|
| **CHIPPEWA TOWNSHIP (EIT)** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O SHARP CLLCTNS-DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.: 7093 |
| POB 81 | | |
| | CLAIM:  8,231.30 | |
| SHARPSVILLE, PA  16150 | COMMENT:  4-560-0000417093*$PL-CL~TAX YR 2016/PL*NO TAX YRS/SCH*2000-2007/CL*DK | |

| | | |
|---|---|---|
| **BERKHEIMER TAX ADMINISTRATOR\*\*** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| HAB DLT LEGAL | Court Claim Number: | ACCOUNT NO.: 3895 |
| PO BOX 20662 | | |
| | CLAIM:  0.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  PER CAP~10-12,14-15~SD BORO?/SCH | |

| | | |
|---|---|---|
| **CENTERS FOR REHAB** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| GIANT EAGLE PLAZA | Court Claim Number: | ACCOUNT NO.: 8397 |
| 98 ALLEGHENY RIBER BLVD | | |
| | CLAIM:  0.00 | |
| VERONA, PA  15147 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.: 9990 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  INTAKE ERROR | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED  (S) |
| C/O FEDLOAN SERVICING | Court Claim Number:6-2 | ACCOUNT NO.: 1341 |
| PO BOX 790234 | | |
| | CLAIM:  603.00 | |
| ST LOUIS, MO  63179 | COMMENT:  C:$93,431.10 PD/PL PRIOR TO W/D @ DOC 148, OE 149*PL TRTMNT @ 31*W/D FLD | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **HERITAGE VALLEY HEALTH SYSTEM** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 720 BLACKBURN RD | Court Claim Number: | ACCOUNT NO.: 4168 |
| | CLAIM: 0.00 | |
| SEWICKLEY, PA 15143 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **HERITAGE VALLEY HEALTH SYSTEM** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 720 BLACKBURN RD | Court Claim Number: | ACCOUNT NO.: 4389 |
| | CLAIM: 0.00 | |
| SEWICKLEY, PA 15143 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MED EXPRESS BILLING** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 719 | Court Claim Number: | ACCOUNT NO.: 3908 |
| | CLAIM: 0.00 | |
| DELLSLOW, WV 26531 | COMMENT: | |

| | | |
|---|---|---|
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED (S) |
| C/O US DEPT OF EDUCATION SVCNG | Court Claim Number:7-2 | ACCOUNT NO.: 2176 |
| PO BOX 4450 | | |
| | CLAIM: 0.00 | |
| PORTLAND, OR 97208-4450 | COMMENT: X5111/SCH*PMT/PL*118.19x(60+2)=LMT*DK*AMD*LATE | |

| | | |
|---|---|---|
| **MB/ROI** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 62850 | Court Claim Number: | ACCOUNT NO.: 7346 |
| | CLAIM: 0.00 | |
| BALTIMORE, MD 21264 | COMMENT: | |

| | | |
|---|---|---|
| **MB/ROI** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 62850 | Court Claim Number: | ACCOUNT NO.: 6020 |
| | CLAIM: 0.00 | |
| BALTIMORE, MD 21264 | COMMENT: | |

| | | |
|---|---|---|
| **ROWAN DENTAL ASSOCIATES** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8050 ROWAN RD | Court Claim Number: | ACCOUNT NO.: 0621 |
| | CLAIM: 0.00 | |
| CRANBERRY TWP, PA 16066 | COMMENT: | |

| | | |
|---|---|---|
| **SHARP COLLECTIONS** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 81 | Court Claim Number: | ACCOUNT NO.: 7093 |
| 114 N MERCER AVE | | |
| | CLAIM: 0.00 | |
| SHARPSVILLE, PA 16150 | COMMENT: | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.: 2669 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15618 | Court Claim Number: | ACCOUNT NO.: 8947 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPMC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2 HOT METAL ST | Court Claim Number: | ACCOUNT NO.:  0008 |
| DIST RM 386 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15203 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2 HOT METAL ST | Court Claim Number: | ACCOUNT NO.:  7220 |
| DIST RM 386 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15203 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC PRESBYTERIAN SHADYSIDE DENTAL CE**I | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 223331 | Court Claim Number: | ACCOUNT NO.:  7575 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15251 | COMMENT:  NT ADR/SCH*UPMC DENTAL/SCH | |

| | | |
|---|---|---|
| **PHFA-HEMAP(*)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN: LOAN SERVICING | Court Claim Number:NC1 | ACCOUNT NO.: |
| PO BOX 15057 | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17105-5057 | COMMENT:  NT/SCH-PL* nt owed/owk | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 3232 NEWMARK DR | Court Claim Number:05 | ACCOUNT NO.:  9798 |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  PMT/LMP OE*BGN 7/18*W/5*DENIED*DKT | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:4 | ACCOUNT NO.:  0001 |
| | CLAIM:  755.86 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 3232 NEWMARK DR | Court Claim Number:5 | ACCOUNT NO.:  9798 |
| | CLAIM:  25,783.28 | |
| MIAMISBURG, OH  45342 | COMMENT:  $/PL-CL*THRU 3/17*DK | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 3232 NEWMARK DR | Court Claim Number:5 | ACCOUNT NO.:  9798 |
| | CLAIM:  550.00 | |
| MIAMISBURG, OH  45342 | COMMENT:  $/PL-DECL-NTC POSTPET FEE/EXP*REF CL*W/27 | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |

| | | |
|---|---|---|
| **PREFERRED AUTO CREDIT EXCHANGE** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 1019 LAWRENCE AVE | Court Claim Number:NC3 | ACCOUNT NO.:  2911 |
| | CLAIM:  0.00 | |
| ELLWOOD CITY, PA  16117 | COMMENT:  PMT/PL*BGN 7/19*298.16 X (34 MOS REM +2)=LMT | |

**CLAIM RECORDS**

| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED   (S) |
|---|---|---|
| C/O FEDLOAN SERVICING | Court Claim Number:NC2 | ACCOUNT NO.:  6826 |
| PO BOX 790234 | | |
| | CLAIM:  0.00 | |
| ST LOUIS, MO  63179 | COMMENT:  PMT/PL*603x(60+1)=LMT*BGN 5/17*DK*ACTUALLY CL 6/CID 10*NTC-RSV*HOLDING | |

| **PURCELL KRUG & HALLER** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 1719 N FRONT ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17102 | COMMENT:  PHFA/PRAE | |