IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty | ) | Case No. 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| | ) | Hearing Date and Time: |
| Dwayne R. Hagerty | ) | June 16, 2021 at 10:30 AM |
| Sally E. Hagerty, | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial, Berkheimer, Cenlar for | ) | |
| Rehab Services, Discover Bank, FedLoan | ) | |
| Servicing, Heritage Valley Health, | ) | |
| MedExpress, Navient, PNC Bank, PNC | ) | |
| Mortgage, PRA Receivables, PA Dept. | ) | |
| of Revenue, ROI, Rowan Dental, Sharp | ) | |
| Collections, Transworld System, U.S. | ) | |
| Dept. of Education, UPMC, Verizon, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    Respondents | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE SETTLEMENT NUNC PRO TUNC

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement Nunc Pro Tunc filed on May 3, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement Nunc Pro Tunc appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Approve Settlement Nunc Pro Tunc were to be filed and served no later than May 20, 2021.

     It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement Nunc Pro Tunc be entered by the Court.

        Respectfully submitted,

June 9, 2021
Date:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com