FILED
6/8/21 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Dewayne R. Hagerty<br>Sally E. Hagerty<br>      Debtor(s)<br>Dwayne R. Hagerty<br>Sally E. Hagerty<br>      Movant(s)<br><br>vs.<br><br>Ally Financial, Berkheimer, Cenlar for Rehab Services, Discover Bank, FedLoan Servicing, Heritage Valley Health, MedExpress, Navient, PNC Bank, PNC Mortgage, PRA Receivables, PA Dept. of Revenue, ROI, Rowan Dental, Sharp Collections, Transworld System, U.S. Dept. of Education, UPMC, Verizon, and Ronda J. Winnecour, Trustee<br>      Respondent(s) | Case No. 17-21538-GLT<br>Chapter 13<br><br><br><br>Related to Docket No. 195 |

### WITHDRAWAL OF CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT NUNC PRO TUNC

The Response that was filed in the above-referenced case on May 14, 2021 (document #191) is hereby WITHDRAWN.

                                                         Respectfully submitted

6/8/2021                                          /s/ Owen W. Katz
                                                 Owen W. Katz, PA I.D. 36473
                                                 Attorney for Chapter 13 Trustee
                                                 US Steel Tower, Suite 3250
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 471-5566
                                                 Email: okatz@chapter13trusteewdpa.com

SO ORDERED
June 08, 2021

*[signature]*
drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21538-GLT
Dwayne R. Hagerty  Chapter 13
Sally E. Hagerty
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2
Date Rcvd: Jun 08, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dwayne R. Hagerty, Sally E. Hagerty, 157 Blackhawk Road, Beaver Falls, PA 15010-1271 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Neeren
    on behalf of Attorney David Neeren dneeren@rasnj.com

Jill Locnikar
    on behalf of Creditor United States of America  United States Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren M. Lamb
    on behalf of Joint Debtor Sally E. Hagerty
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 1

Lauren M. Lamb
    on behalf of Debtor Dwayne R. Hagerty
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9