**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/9/21 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DWAYNE R. HAGERTY<br>  SALLY E. HAGERTY<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  DWAYNE R. HAGERTY<br>  SALLY E. HAGERTY<br><br>          Respondents | Case No.17-21538GLT<br><br>Chapter 13<br><br>Related to Docket No. 202 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  9th Day of July, 2021 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Heritage Valley Health Systems
Attn: Payaroll Manager
420 Rouser Rd Ste 102
Moon Township, PA 15108

is hereby ordered to immediately terminate the attachment of the wages of DWAYNE R. HAGERTY, social security number XXX-XX-1341. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DWAYNE R. HAGERTY.

FURTHER ORDERED:

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21538-GLT |
| Dwayne R. Hagerty | Chapter 13 |
| Sally E. Hagerty | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 2
Date Rcvd: Jul 09, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

**Recip ID    Recipient Name and Address**
db/jdb    + Dwayne R. Hagerty, Sally E. Hagerty, 157 Blackhawk Road, Beaver Falls, PA 15010-1271

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Attorney David Neeren dneeren@rasnj.com |
| Jill Locnikar | on behalf of Creditor United States of America  United States Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Lauren M. Lamb | on behalf of Joint Debtor Sally E. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Jul 09, 2021 | Form ID: pdf900 | Total Noticed: 1

Lauren M. Lamb
    on behalf of Debtor Dwayne R. Hagerty
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9