IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dwayne R. Hagerty, | ) | Case No 17-21538 GLT |
| Sally E. Hagerty, | ) | Chapter 13 |
|     *Debtors* | ) | Related to Document No. 204 |
| | ) | |
| Dwayne R. Hagerty, | ) | |
| Social Security No. XXX-XX-1341 | ) | |
|     *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Heritage Valley Health System, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 15, 2021, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Heritage Valley Health System
Attn: HR Department
Moon Airport Office Park
420 Rouser Road, Suite 102
Building #3
Moon Township, Pa 15108-3090

Dwayne & Sally Hagerty
157 Blackhawk Road
Beaver Falls, PA 15010

Date of Service: July 15, 2021        /s/ Lauren M. Lamb
                                                              Lauren M. Lamb, Esquire
                                                              Attorney for the Debtor

                                                              STEIDL & STEINBERG
                                                              Suite 2830, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              Llamb@steidl-steinberg.com
                                                              PA I.D. No. 209201