Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Dwayne R. Hagerty** : | Case No. 17−21538−GLT |
| **Sally E. Hagerty** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 207 |
| v. : | |
| **No Respondents** : | Hearing Date: 10/20/21 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 26th of August, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 207 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  *On or before October 10, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *October 20, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

 

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21538-GLT |
| Dwayne R. Hagerty | Chapter 13 |
| Sally E. Hagerty | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: 604 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne R. Hagerty, Sally E. Hagerty, 157 Blackhawk Road, Beaver Falls, PA 15010-1271 |
| aty | + | David Neeren, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| cr | + | United States of America, United States Department, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14403180 | + | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14403181 | + | Center for Rehab Services, P.O. Box 400458, Pittsburgh, PA 15268-0001 |
| 14403183 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403185 | + | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403187 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14403188 | + | Navient, PO Box 9575, Wilkes Barre, PA 18773-0975 |
| 14403190 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403192 | + | Rowan Dental Associates, 8050 Rowan Road, Cranberry Twp, PA 16066-3624 |
| 14403193 | + | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |
| 14403194 | + | Sharp Collections, Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14695089 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403199 | + | UPMC Dental, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 26 2021 23:13:32 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Aug 26 2021 23:16:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14403179 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2021 23:15:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14415987 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2021 23:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14403182 | | Email/Text: mrdiscen@discover.com | Aug 26 2021 23:15:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14412315 | | Email/Text: mrdiscen@discover.com | Aug 26 2021 23:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14403184 | | Email/Text: blegal@phfa.org | Aug 26 2021 23:16:00 | HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14716017 | | Email/PDF: pa_dc_claims@navient.com | Aug 26 2021 23:13:33 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14678136 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2021 23:15:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403189 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 604 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2021 23:15:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401 |
| 14404051 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15061857 | + | Email/Text: bkrpt1019@hotmail.com | Aug 26 2021 23:15:00 | Preferred Auto Credit Exchange, 1019 Lawrence Avenue, Ellwood City, Pa 16117-1851 |
| 14403195 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 26 2021 23:16:00 | Transworld System, PO Box 15270, Wilmington, DE 19850-5270 |
| 14403196 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 26 2021 23:16:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14403197 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 26 2021 23:16:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14659199 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 26 2021 23:23:44 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403186 | *+ | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403191 | *+ | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403198 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Attorney David Neeren dneeren@rasnj.com |

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 604 | Total Noticed: 31 |

Jill Locnikar
    on behalf of Creditor United States of America United States Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren M. Lamb
    on behalf of Joint Debtor Sally E. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Dwayne R. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9