**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DWAYNE R. HAGERTY<br>SALLY E. HAGERTY<br>       Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Case No.:17-21538<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 04/13/2017  and confirmed on 8/25/17 .  The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 162,419.05 |
| Less Refunds to Debtor | 12,943.46 | |
| TOTAL AMOUNT OF PLAN FUND | | 149,475.59 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,370.00 | |
|   Trustee Fee | 8,556.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,926.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 69,288.72 | 0.00 | 69,288.72 |
|     Acct: 9798 | | | | |
|   PHFA-HEMAP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9798 | | | | |
|   PNC BANK NA | 25,783.28 | 25,783.28 | 0.00 | 25,783.28 |
|     Acct: 9798 | | | | |
|   ALLY FINANCIAL(*) | 9,294.56 | 9,294.56 | 969.19 | 10,263.75 |
|     Acct: 9888 | | | | |
| | | | | 105,335.75 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DWAYNE R. HAGERTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DWAYNE R. HAGERTY | 12,943.46 | 12,943.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 5,970.00 | 5,970.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX3/20 | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHIPPEWA TOWNSHIP (EIT) | 8,231.30 | 8,231.30 | 0.00 | 8,231.30 |
|     Acct: 7093 | | | | |
|   PNC BANK NA | 550.00 | 550.00 | 0.00 | 550.00 |
|     Acct: 9798 | | | | |
|   PREFERRED AUTO CREDIT EXCHANGE | 0.00 | 7,752.16 | 0.00 | 7,752.16 |
|     Acct: 2911 | | | | |
| | | | | 16,533.46 |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 603.00 | 603.00 | 0.00 | 603.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1341 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 0.00 | 6,264.07 | 0.00 | 6,264.07 |
| Acct: 2176 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1341 | | | | |
| DISCOVER BANK(*) | 1,057.36 | 1,057.36 | 0.00 | 1,057.36 |
| Acct: 9990 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3895 | | | | |
| CENTERS FOR REHAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8397 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9990 | | | | |
| HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4168 | | | | |
| HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4389 | | | | |
| MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7346 | | | | |
| MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6020 | | | | |
| ROWAN DENTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0621 | | | | |
| SHARP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7093 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2669 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8947 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7220 | | | | |
| UPMC PRESBYTERIAN SHADYSIDE DENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7575 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LF | 755.86 | 755.86 | 0.00 | 755.86 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| DAVID NEEREN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,680.29 |

TOTAL PAID TO CREDITORS                                                                                    130,549.50

```
TOTAL CLAIMED
PRIORITY              8,781.30
SECURED              35,077.84
UNSECURED             2,416.22
```

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DWAYNE R. HAGERTY
    SALLY E. HAGERTY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-21538

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21538-GLT |
| Dwayne R. Hagerty | Chapter 13 |
| Sally E. Hagerty | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne R. Hagerty, Sally E. Hagerty, 157 Blackhawk Road, Beaver Falls, PA 15010-1271 |
| aty | + | David Neeren, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| cr | + | United States of America, United States Department, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14403180 | + | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14403181 | + | Center for Rehab Services, P.O. Box 400458, Pittsburgh, PA 15268-0001 |
| 14403183 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403185 | + | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403187 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14403188 | + | Navient, PO Box 9575, Wilkes Barre, PA 18773-0975 |
| 14403190 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403192 | + | Rowan Dental Associates, 8050 Rowan Road, Cranberry Twp, PA 16066-3624 |
| 14403193 | + | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |
| 14403194 | + | Sharp Collections, Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14695089 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403199 | + | UPMC Dental, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 26 2021 23:13:28 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Aug 26 2021 23:16:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14403179 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2021 23:15:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14415987 | | Email/Text: ally@ebn.phinsolutions.com | Aug 26 2021 23:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14403182 | | Email/Text: mrdiscen@discover.com | Aug 26 2021 23:15:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14412315 | | Email/Text: mrdiscen@discover.com | Aug 26 2021 23:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14403184 | | Email/Text: blegal@phfa.org | Aug 26 2021 23:16:00 | HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14716017 | | Email/PDF: pa_dc_claims@navient.com | Aug 26 2021 23:13:28 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14678136 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2021 23:15:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403189 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | Aug 26 2021 23:15:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401 |
|---|---|---|---|---|
| 14404051 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 26 2021 23:13:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15061857 | + | Email/Text: bkrpt1019@hotmail.com | Aug 26 2021 23:15:00 | Preferred Auto Credit Exchange, 1019 Lawrence Avenue, Ellwood City, Pa 16117-1851 |
| 14403195 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 26 2021 23:16:00 | Transworld System, PO Box 15270, Wilmington, DE 19850-5270 |
| 14403196 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 26 2021 23:16:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14403197 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 26 2021 23:16:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14659199 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 26 2021 23:23:44 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403186 | *+ | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403191 | *+ | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403198 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Attorney David Neeren dneeren@rasnj.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf900 | Total Noticed: 31 |

Jill Locnikar
    on behalf of Creditor United States of America  United States Department of Education jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren M. Lamb
    on behalf of Joint Debtor Sally E. Hagerty
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Dwayne R. Hagerty
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9