IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/12/21 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DWAYNE R. HAGERTY
SALLY E. HAGERTY
      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:17-21538

Chapter 13

Related to Docket No. 207

ORDER OF COURT

AND NOW, this __12th Day of October, 2021__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21538-GLT |
| Dwayne R. Hagerty | Chapter 13 |
| Sally E. Hagerty | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 3 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwayne R. Hagerty, Sally E. Hagerty, 157 Blackhawk Road, Beaver Falls, PA 15010-1271 |
| aty | + | David Neeren, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| cr | + | United States of America, United States Department, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14403180 | + | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14403181 | + | Center for Rehab Services, P.O. Box 400458, Pittsburgh, PA 15268-0001 |
| 14403183 | + | FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403185 | + | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403187 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14403188 | + | Navient, PO Box 9575, Wilkes Barre, PA 18773-0975 |
| 14403190 | + | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403192 | + | Rowan Dental Associates, 8050 Rowan Road, Cranberry Twp, PA 16066-3624 |
| 14403193 | + | Sharp Collections, 114 N. Mercer Avenue, Sharpsville, PA 16150-2211 |
| 14403194 | + | Sharp Collections, Inc., PO Box 81, Sharpsville, PA 16150-0081 |
| 14695089 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14403199 | + | UPMC Dental, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 13 2021 03:14:27 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Oct 13 2021 03:06:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14403179 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:05:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14415987 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2021 03:05:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14403182 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 03:05:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14412315 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 03:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14403184 | | Email/Text: blegal@phfa.org | Oct 13 2021 03:06:00 | HEMAP, 211 North Front Street, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14716017 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 12:02:52 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14678136 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2021 03:05:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403189 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 13 2021 03:05:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401 |
| 14404051 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Oct 13 2021 03:14:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15061857 | + | Email/Text: bkrpt1019@hotmail.com | | |
| | | | Oct 13 2021 03:05:00 | Preferred Auto Credit Exchange, 1019 Lawrence Avenue, Ellwood City, Pa 16117-1851 |
| 14403195 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Oct 13 2021 03:06:00 | Transworld System, PO Box 15270, Wilmington, DE 19850-5270 |
| 14403196 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Oct 13 2021 03:06:00 | Transworld Systems, PO Box 15520, Wilmington, DE 19850-5520 |
| 14403197 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Oct 13 2021 03:06:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14659199 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Oct 13 2021 03:14:28 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403186 | *+ | Heritage Valley Health, 2 Peachtree Way, Beaver, PA 15009-1954 |
| 14403191 | *+ | ROI, PO Box 62850, Baltimore, MD 21264-2850 |
| 14403198 | *+ | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Attorney David Neeren dneeren@rasnj.com |

| District/off: 0315-2 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 31 |

Jill Locnikar
    on behalf of Creditor United States of America  United States Department of Education jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren M. Lamb
    on behalf of Joint Debtor Sally E. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Debtor Dwayne R. Hagerty julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 10